IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

SOUTHERN FORESTRY AND
WILDLIFE, LLC, d/b/a Southern Forestry
and Wildlife Real Estate                                                    PLAINTIFF

v.                          No. 2:23-cv-189-DPM

DON BULLARD and CROOKED BAYOU
PROPERTIES, LLC                                                            DEFENDANTS

## ORDER

The parties dispute whether Southern Forestry's responses to the defendants' motion for summary judgment are timely. Based on Southern Forestry's issues with the Court's electronic filing system in May 2025—which the Clerk of Court confirmed—the Court deems those responses, *Doc. 20 & 21*, timely. The record shows no evidence of bad faith on Southern Forestry's part, and any neglect is excusable. Motion, *Doc. 24*, denied as moot.

So Ordered.

*/s/ DP Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

20 June 2025