IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

SOUTHERN FORESTRY
AND WILDLIFE LLC d/b/a
Southern Forestry and Wildlife Real
Estate                                                                                          PLAINTIFF

v.                             No. 2:23-cv-189-DPM

DON BULLARD and CROOKED BAYOU
PROPERTIES LLC                                                                      DEFENDANTS

## ORDER

The Court is working on the parties' cross motions for summary judgment. Because of trials in older cases, the Court can't keep the 17 March 2026 trial date. The Amended Final Scheduling Order, *Doc. 28*, is suspended. The motion and supplemental motion for trial subpoenas, *Doc. 29 & 32*, are denied without prejudice. If the case needs a trial, it will be the week of 22 September 2026.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

12 January 2026