**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**DELTA DIVISION**

**SOUTHERN FORESTRY AND WILDLIFE LLC d/b/a Southern Forestry and Wildlife Real Estate** — **PLAINTIFF**

**v.** — **No. 2:23-cv-189-DPM**

**DON BULLARD and CROOKED BAYOU PROPERTIES LLC** — **DEFENDANTS**

# JUDGMENT

Southern Forestry's complaint is dismissed with prejudice.

D.P. Marshall Jr.
United States District Judge

10 September 2026