**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**DELTA DIVISION**

**SOUTHERN FORESTRY AND WILDLIFE LLC d/b/a Southern Forestry and Wildlife Real Estate** — **PLAINTIFF**

**v.** — **No. 2:23-cv-189-DPM**

**DON BULLARD and CROOKED BAYOU PROPERTIES LLC** — **DEFENDANTS**

# AMENDED JUDGMENT

Southern Forestry's complaint is dismissed with prejudice. The Court taxes $5,514.13 in costs and declines to award an attorney's fee. This Judgment shall bear interest at 4.36% per annum from today until paid in full. 28 U.S.C. § 1961(a)–(b).

D.P. Marshall Jr.

D.P. Marshall Jr.
United States District Judge

13 November 2026